UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN HONG,<br><br>      Plaintiff,<br><br>v.<br><br>STUBHUB, INC.,<br><br>      Defendant. | Case No. 2:24-cv-03318-SB-JC<br><br>FINAL JUDGMENT |

    For the reasons stated in the separate order granting Defendant's motion to compel arbitration entered this day, Plaintiff's claims are dismissed without prejudice based on Plaintiff's agreement to arbitrate the claims.

    This is a final judgment.

Date: September 9, 2024

                                                            Stanley Blumenfeld, Jr.
                                                            United States District Judge